IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

AMERICAN CIVIL LIBERTIES UNION OF FLORIDA INC,

    Plaintiff,

v.                                     CASE NO. 1:07-cv-00018-MP-AK

DIXIE COUNTY FLORIDA,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 64, Joint Report under Fed. R. Civ. P. 26, in which the parties agree to all deadlines. The Joint Report is adopted, and the Clerk is directed to set the appropriate deadlines therefrom.

**DONE AND ORDERED** this  *11th*   day of September, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge