IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

AMERICAN CIVIL LIBERTIES UNION
OF FLORIDA, INC.,

    Plaintiff,

v.                                                             CASE NO. 1:07-cv-00018-MP-AK

DIXIE COUNTY, FLORIDA,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 71, Joint Motion for Extension of Time to Complete Discovery. By previous order, Doc. 68, the Court set November 14, 2008, as the deadline for discovery. The parties now represent that, due to scheduling difficulties, they do not anticipate being able to complete discovery until December 12, 2008. Upon consideration, the motion at Doc. 71 is GRANTED. The deadline for discovery is hereby reset to December 12, 2008.

    **DONE AND ORDERED** this  _4th_ day of November, 2008

                                    *s/Maurice M. Paul*
                           Maurice M. Paul, Senior District Judge