IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

AMERICAN CIVIL LIBERTIES
UNION OF FLORIDA INC,

    Plaintiff,

v.                                              CASE NO. 1:07-cv-00018-MP-AK

DIXIE COUNTY FLORIDA,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 106, Joint Motion for Extension of Time to File Dispositive Motions. The parties timely submitted the motion, in which they jointly request additional time to file dispositive motions. The parties do not request any change to the pretrial conference date. Upon consideration, it is hereby

    **ORDERED AND ADJUDGED:**

1.     The parties' Joint Motion for Extension of Time to File Dispositive Motions, Doc. 106, is GRANTED.

2.     The deadline for filing dispositive motions, including supporting materials and affidavits, is set to Friday, September 25, 2009.

3.     The deadline for filing responses to dispositive motions, including supporting materials and affidavits, is set to Friday, October 16, 2009.

    **DONE AND ORDERED** this  <u>*1st*</u>  day of September, 2009



                                      Maurice M. Paul, Senior District Judge