IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

AMERICAN CIVIL LIBERTIES UNION OF FLORIDA INC,

    Plaintiff,

v.                          CASE NO. 1:07-cv-00018-MP-AK

DIXIE COUNTY FLORIDA,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 118, Consent Motion for Extension of Time to File Response/Reply as to Motion for Summary Judgment by Dixie County Florida, Doc. 116. The motion is not opposed, and is not filed to cause any undue delay. Accordingly, it is

**ORDERED AND ADJUDGED:**

1.    Defendant's Consent Motion for an Extension of Time, Doc. 118, is GRANTED.

2.    Defendant shall file its Response to Plaintiff's Motion for Summary Judgment by November 12, 2009.

**DONE AND ORDERED** this  _3rd_ day of November, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge